PROHIBITION PARTY OF MICHIGAN ET AL. v.
HARE, SECRETARY OF STATE
OF MICHIGAN, ET AL.

No. 1098. Decided April 24, 1967.

*James L. Elsman, Jr.,* for appellants.

*Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Russell A. Searl,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

ARNOLD v. VIRGINIA.

No. 1118. Decided April 24, 1967.

*John H. Kennett, Jr.,* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.